# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**SHERRY ROBINSON,**

     **Plaintiff,**

**v.**                                                    **Case No.  8:06-cv-392-T-30EAJ**

**UNUM LIFE INSURANCE COMPANY
OF AMERICA,**

     **Defendant.**

_____/

## ORDER OF DISMISSAL

     The Court has been advised by Attorney Rachel Krause that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

     **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any,  are **DENIED** as moot.  The Clerk is directed to close the file.

     **DONE** and **ORDERED** in Tampa, Florida on July 20, 2006.

_____

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-392.dismissal.wpd